Circuit denied. *Messrs. Thomas A. Daily* and *D. A. McDougal* for petitioner. *Messrs. Arthur L. Gilliom, T. C. Mullen,* and *Shepard J. Crumpacker* for respondents.

No. 274. ALUMINUM COMPANY OF AMERICA *v.* BAUSCH MACHINE TOOL CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Edward F. McClennen* and *Frederick H. Wiggin* for petitioner. *Mr. Charles D. Lockwood* for respondent.

No. 275. VAUGHAN *v.* ATLANTIC LIFE INSURANCE CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Waller* for petitioner. *Mr. Alexander W. Parker* for respondent.

No. 276. MORRISON ET AL. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter J. Gex* for petitioners. *Solicitor General Biggs* and *Messrs. Amos W. W. Woodcock* and *W. Marvin Smith* for the United States.

No. 277. THE YULU ET AL. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter J. Gex* for petitioners. *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Mr. Paul A. Sweeney* for the United States.